IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TAMAYAH JENKINS,<br><br>       Plaintiff,<br><br>  v.<br><br>PETSMART, LLC,<br><br>       Defendant. | Case No. 2:23-cv-02260-MAK |

**JOINT STATUS MEMORANDUM**

Pursuant to this Court's Order, ECF No. 30, the Parties submit this Joint Status Memorandum, and advise the Court that the Parties have reached a settlement in principle, which will be memorialized in a settlement agreement to be executed by the Parties.

Dated: February 15, 2024

Respectfully submitted,

/s/ Sarah Schalman-Bergen
One of Plaintiff's Attorneys

Sarah R. Schalman-Bergen
(PA Bar No. 206211)
Krysten Connon
(PA Bar No. 314190)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
(267) 256-9973
ssb@llrlaw.com
kconnon@llrlaw.com

Sally J. Abrahamson
WERMAN SALAS P.C.
705 8th St SE #100
Washington, DC 20003
(202) 830-2016
sabrahamson@flsalaw.com

s/ Andrea M. Kirshenbaum
Andrea M. Kirshenbaum
Martha Keon
Charli Grayson
LITTLER MENDELSON, P.C.
Three Parkway
1601 Cherry Street, Suite 1400
Philadelphia, PA 19102.1321
267.402.3000 (t)
akirshenbaum@littler.com
mkeon@littler.com
cgrayson@littler.com

*Attorneys for Defendant PetSmart, LLC*

John J. Frawley
WERMAN SALAS P.C.
77 West Washington St., Suite 1402
Chicago, Illinois 60602
(312) 419-1008
jfrawley@flsalaw.com

Ryan Allen Hancock
(PA Bar No. 92590)
WILLIG, WILLIAMS & DAVIDSON
1845 Walnut Street, 24th Floor
Philadelphia, PA  19103
Tel.: (215) 656-3600
Fax: (215) 567-2310
rhancock@wwdlaw.com

*Attorneys for Plaintiff*