IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TAMAYAH JENKINS | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 23-2260 |
| | : | |
| PETSMART, LLC | : | |

# ORDER

**AND NOW**, this 28th day of February 2024, upon considering the attached letter indicating this matter has settled, it is **ORDERED**:

1. We **remove** this matter from the Court's suspense docket;

2. This action is **DISMISSED WITH PREJUDICE** under Local Rule of Civil Procedure 41.1(b);[1] and,

3. The Clerk of Court shall mark this matter **CLOSED**.

KEARNEY, J.

---

[1] Local Rule 41.1(b) provides:

> [a]ny such order of dismissal may be vacated, modified, or stricken from the record, for cause shown, upon the application of any party served within ninety (90) days of the entry of such order of dismissal, provided the application of the ninety-day time limitation is consistent with Federal Rule of Civil Procedure 60(c).

# LICHTEN & LISS-RIORDAN, P.C.

HAROLD L. LICHTEN·
SHANNON LISS-RIORDAN·▵◊
SARAH SCHALMAN-BERGEN■
MATTHEW W. THOMSON·
ADELAIDE H. PAGANO·

THOMAS P. FOWLER·◊
OLENA SAVYTSKA·
ANNE KRAMER·▵
MICHELLE CASSORLA·^◌
ZACHARY RUBIN·◊^♦
ANASTASIA DOHERTY·
MATTHEW PATTON·
KRYSTEN CONNON^■
MATTHEW CARRIERI·
BENJAMIN J. WEBER·‧ OF COUNSEL

ATTORNEYS AT LAW

729 BOYLSTON STREET, SUITE 2000
BOSTON, MASSACHUSETTS 02116

TELEPHONE 617-994-5800
FACSIMILE 617-994-5801

WWW.LLRLAW.COM

· ADMITTED IN MASSACHUSETTS
▵ ADMITTED IN CALIFORNIA
◊ ADMITTED IN NEW YORK
■ ADMITTED IN PENNSYLVANIA
^ ADMITTED IN NEW JERSEY
♦ ADMITTED IN CONNECTICUT
◌ ADMITTED IN DISTRICT OF COLUMBIA
ADMITTED IN TENNESSEE

February 27, 2024

**VIA ELECTRONIC MAIL**

Hon. Mark A. Kearney
United States District Court
Eastern District of Pennsylvania
6613 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106
Chambers_of_Judge_Kearney@paed.uscourts.gov

Re: *Jenkins v. PetSmart*, 2:23-cv-02260-MAK (E.D. Pa.) – LR41.1(b)

Dear Judge Kearney:

This matter has settled. We write to request that you dismiss the case pursuant to Local Rule 41.1(b).

Respectfully submitted,

/s Sarah R. Schalman-Bergen

Sarah R. Schalman-Bergen

Cc:  Martha Keon
     Charli Grayson
     Krysten Connon
     Sally Abrahamson
     Ryan Hancock